UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DISCOVERY ENERGY LLC,

        Plaintiff,

        v.

EMANUELE MULÉ,

        Defendant.

Case No. 25-cv-1289-bhl

## TEMPORARY RESTRAINING ORDER

Pursuant to a motion hearing held on September 9, 2025, the Court finds good cause to extend the state court's temporary restraining order, given the removal to federal court and the need for a preliminary injunction hearing. The state court's order is, however, modified as ordered at the hearing. Accordingly,

**IT IS HEREBY ORDERED** that:

a. Until **September 19, 2025**, Defendant is enjoined from destroying, moving, transferring, copying, or conveying any computer files, data, computer information, documents, computers, computer disks, compact disks, PDAs, "thumb drives," "zip drives," USB devices, or any other records no matter how they are stored, containing any property or information belonging to or relating to Plaintiff in any manner, and must produce all documents and information listed above to Plaintiff for forensic review and examination;

b. Until **September 19, 2025**, Defendant is enjoined from using or disclosing any information regarding or obtained from Plaintiff (or any affiliate), and from the continued possession, use, or disclosure of Plaintiff's and its customers' confidential information and trade secrets for any purpose;

c. By **September 15, 2025**, if Defendant has not already done so, he shall return all original versions and copies of Plaintiff's and its customers' property, including, but not limited to, all documents, materials, computer folders and files, and other data or

information, stored in any form whatsoever, including, but not limited to, any data or information that Defendant obtained by or through Plaintiff by virtue of his employment with Plaintiff. In the case of electronically stored information (ESI), Defendant shall preserve and not access or review any such ESI, and shall identify and permit forensic review and examination of such ESI by **September 15, 2025**, if he has not already done so; and

d. Until **September 19, 2025**, Defendant is enjoined from serving, soliciting, or working with any existing or prospective clients of Plaintiff (or any affiliated entity) that he was involved with during the last two years of his employment with Plaintiff.

Dated at Milwaukee, Wisconsin on September 10, 2025.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge